IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT DURAN, FRACTIONAL
DRIFT, LLC, and INFRA-TECH
SOLUTIONS, LLC,

    Plaintiffs,

v.

CHILLBOX 9022, LLC,

    Defendant.

No.

Hon.

_____/

OLIVER BELL GROUP
Paul Matouka (P84874)
50 W. Big Beaver Rd.
Suite 200
Troy, MI 48084
(248) 327-6556
notifications@oliverlawgroup.com
pmatouka@oliverlawgroup.com
_____/

**COMPLAINT AND JURY DEMAND**

NOW COMES Plaintiffs Robert Duran, Fractional Drift, LLC, and Infra-Tech Solutions, LLC, by and through their attorneys Oliver Bell Group, and for their Complaint and Jury Demand Allege the following:

**PARTIES**

1. Plaintiff Robert Duran is a resident of the State of Arizona and co-owner of Plaintiff's Fractional Drift, LLC and Infra-Tech Solutions, LLC.

1

2. Non-party Connor Sullivan is a resident of the State of Arizona and co-owner of Plaintiff Fractional Drift, LLC.

3. Plaintiff Fractional Drift, LLC is a for-profit company incorporated in the State of Arizona where its owners reside.

4. Plaintiff Infra-Tech Solutions, LLC is a for-profit company incorporated in the State of Arizona where its owners reside.

5. Defendant Chillbox 9022, LLC is a for-profit limited liability company incorporated in the state of Michigan where its owners reside.

## JURISDICTION AND VENUE

6. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 as there is complete diversity of the parties and the amount in controversy exceeds $75,000.

7. Venue is proper before this Court pursuant 28 U.S.C. § 1391(b)(1) and (2) because the events giving rise to the allegations in this Complaint occurred in Macomb County within the Eastern District of Michigan and Defendant Chillbox 9022, LLC resident agent is also located in Macomb County within the Eastern District of Michigan.

## FACTUAL ALLEGATIONS

8. Plaintiff Duran is a co-owner of Plaintiffs Infra-Tech Solutions and Fractional Drift.

9. Infra-Tech Solutions engages in the business of telecommunications maintenance and construction in the State of Arizona.

10. Fractional Drift provides business management and development consultation services.

11. Mr. Duran also owns a 2016 Dodge Ram 1500 ("the Vehicle") which he leases to his companies when and as needed.

12. In the Fall of 2024, Mr. Duran leased the Vehicle to Fractional Drift to use for a consulting contract in Michigan.

13. Mr. Duran drove the Vehicle to Michigan and worked with his company Fractional Drift through January of 2025, with the contract to expire in February of 2025 so the Vehicle could be leased back to Infra-Tech Solutions for work in Arizona.

14. The lease covered Mr. Duran's monthly payments on the Vehicle while permitting its use for company business.

15. On or about December 14, 2024, Mr. Duran and Fractional Drift began fueling the Vehicle at Defendant Chillbox 9022, LLC's gas station located at 2795 23 Mile Rd. in Chesterfield, Michigan.

16. From that date until January 23, 2025, the Vehicle was exclusively fueled at Defendant Chillbox, LLC's gas station located at 2795 23 Mile Rd. in Chesterfield, Michigan.

3

17. On January 23, 2025, the Vehicle suddenly stopped working.

18. Connor Sullivan was driving the Vehicle from a job site when it suddenly stopped working.

19. Mr. Sullivan immediately took the Vehicle to the local Dodge dealership where it was determined that the diesel fuel was contaminated and had caused approximately $8,000 in damage to the Vehicle which was no longer operable.

20. Mr. Duran filed a complaint with the Michigan Department of Agriculture and Rural Development which conducted an investigation and concluded that the diesel fuel being sold by Defendant Chillbox 9022, LLC was contaminated. **Exhibit 1**.

21. As a result, the Vehicle was unable to return to Arizona for work with Infra-Tech Solutions.

22. Mr. Duran and Infra-Tech Solutions have lost substantial revenue as the absence of the Vehicle reduces the number of teams they can place in the field.

23. Infra-Tech Solutions has been forced to turn down work that it would otherwise have been able to take.

24. Plaintiffs lack the liquidity to pay for the repairs of the Vehicle.

25. Mr. Duran has been forced to find storage for the Vehicle and had to pay for alternative transportation back to Arizona.

26. The Vehicle is still in Michigan while Mr. Duran and his businesses are not.

27. Mr. Duran continues to make car payments on the Vehicle, despite it being inoperable.

28. In total, Infra-Tech Solutions has lost several hundred thousands of dollars in revenue.

29. Infra-Tech Solutions has lost significant damages in the form of lost growth, future contracts, and business relationships as a result of Defendant Chillbox LLC's conduct.

## COUNT I: State Law Product Liability

30. Plaintiff realleges and reincorporates the preceding paragraphs as if fully restated herein.

31. Defendant Chillbox 9022, LLC engaged in the business of selling fuels, including diesel.

32. Defendant Chillbox 9022, LLC sold fuel that was unfit for use.

33. Mr. Duran and his company Fractional Drift purchased contaminated diesel from Defendant Chillbox 9022, LLC, which caused the Vehicle to become inoperable.

34. As a result, Mr. Duran and his companies suffered significant economic harms including lost revenue, transportation costs, and repair costs.

## COUNT II: State Law Negligence

5

35. Plaintiff realleges and reincorporates the preceding paragraphs as if fully restated herein.

36. Defendant Chillbox 9022, LLC owed its customers a reasonable duty of care not to sell contaminated fuel.

37. Upon information and belief, Defendant Chillbox, LLC failed to take reasonable efforts to ensure that the fuel it sold was fit for use.

38. Defendant Chillbox 9022, LLC breached this duty by selling contaminated diesel to Mr. Duran and Fractional Drift.

39. As a result of Defendant's breach of its duty, Mr. Duran, Fractional Drift, and Infra-Tech suffered significant economic harms.

**COUNT III: State Law – Breach of Implied Warranty of Merchantability MCL 440.2314**

40. Plaintiffs reincorporate and reallege the preceding paragraphs as if fully restated herein.

41. The contaminated fuel sold by Defendant Chillbox was not of fair average quality as it was contaminated.

42. The contaminated fuel sold by Defendant Chillbox was not fit for use in the Vehicle and caused significant damage, rendering the Vehicle unusuable.

43. Plaintiffs were injured in the manners set forth above by Defendant's breach of the implied warranty of merchantability.

WHEREFORE, Plaintiffs respectfully request that this Court find that Defendant is liable to them for the reasons set forth above and award them:

1. Compensatory and exemplary damages;

2. Any other relief the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby requests a trial by jury.

Respectfully submitted,

/s/ Paul Matouka
Paul Matouka (P84874)
OLIVER BELL GROUP
Attorneys for Plaintiff
50 W. Big Beaver Rd.
Suite 200
Troy, MI 48084
(248) 327-6556
notifications@oliverlawgroup.com

Dated: January 6, 2026.

# Exhibit 1

| FI-109 (Rev. 3/2011) | MICHIGAN DEPARTMENT OF AGRICULTURE & RURAL DEVELOPMENT | No. 65169 |
|---|---|---|
| White - Lansing Office<br>Green - Lansing Office<br>Yellow - Supervisor<br>Pink - Inspector<br>Goldenrod - Regional Office | LABORATORY DIVISION<br>MOTOR FUELS QUALITY COMPLAINT<br>(In accordance with Act 44, Public Acts 1984) | |

| ESTABLISHMENT I.D. # | DATE & TIME RECEIVED: | RECEIVED BY: | REFERRED TO: |
|---|---|---|---|
| 47505 | 2/11/2025  10:26AM | ETW | Lee, Lauren |

| ESTABLISHMENT NAME: | COMPLAINANT: | PHONE NO: |
|---|---|---|
| CHILLBOX 9022, LLC | CONNOR SULLIVAN | (H) 623-312-7362 (W) |

| ADDRESS: | ADDRESS: |
|---|---|
| 2795 23 MILE RD | 28219 RALEIGH CRESCENT DR |

| CITY & ZIP CODE | COUNTY: | CITY & ZIP CODE | COUNTY: |
|---|---|---|---|
| CHESTERFIELD 48051 | MACOMB | CHESTERFIELD 48051 | |

| RECEIVED ON MFQ HOTLINE | DATE TIME FUEL PURCHASED | PUMP #: | FUEL PURCHASED | Brand | GRADE: |
|---|---|---|---|---|---|
| ☑ YES | 1/15/2025 @ | 14 | | | DIESEL |

**DETAILS OF COMPLAINT:**
PURCHASED DIESEL, TRUCK STOPPED WORKING AFTER FUELING. DEALERSHIPS HAVE FOUND PARTICULATE AND RUST WITHIN FUEL

| DISCUSSION WITH COMPLAINANT: | RETAIL LICENSE NO. AND EXPIRATION DATE: |
|---|---|
| ☐ NO  ☐ YES  DATE: 2/12/2025 | MFQE-202099  11/30/2025 |

| DISCUSSION WITH ESTABLISHMENT: | NAME AND TITLE: |
|---|---|
| ☐ NO  ☐ YES  DATE: 2/12/2025 | Ali Bazzi, Owner |

| SAMPLE(S): | INVOICED BY: | DATE: |
|---|---|---|
| G  25MFDI000725 | | |

| MFQ LABELING PRESENT: | PUMP ADDITIVE LABELING: | PUMP PHOTO: |
|---|---|---|
| ☐ NO  ☑ YES | | ☐ NO  ☑ YES |

**WATER LEVEL IN STORAGE TANK(S) (INDICATE AMOUNT)**
0.00 inches in Regular, 0.00 inches in Premium 93, 1.00 inch in Diesel

| OTHER REPORTS (FORM NO. AND DATE) | SIMILAR COMPLAINTS: (INDICATE COMPLAINT NOS.) |
|---|---|

**COMMENTS:**

Stop sale issued on diesel product due to sediment visible in the fuel.

See WinWam LL002611 (2/12/2025).

| | INSPECTOR SIGNATURE | INSPECTOR NO. | DATE |
|---|---|---|---|
| ☐ NO FIELD INVESTIGATION (SEE COMMEN<br>☐ COMPLAINT CLOSED PENDING LAB ANALYS<br>☑ COMPLAINANT NOTIFIED OF FIELD INVESTIGATION<br>☐ COMPLAINANT UNAVAILABLE, LETTER SENT<br>☐ NO  ☑ YES  DATE | [signature] | 037 | 2/13/2025 |
| | SUPERVISOR SIGNATURE<br>Scott Ferguson | | DATE<br>02/18/2025 |