# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Robert Duran, *et al.*,

                    Plaintiffs,      Case No. 26-cv-10033

v.                            Judith E. Levy
                                  United States District Judge
Chillbox 9022, LLC,

                                  Mag. Judge Kimberly G. Altman
                    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [20]

Before the Court is Magistrate Judge Kimberly G. Altman's Report and Recommendation (ECF No. 20) recommending the Court deny the motion to dismiss filed by Defendant Chillbox 9022, LLC. (ECF No. 14.) The parties were required to file specific written objections, if any, within fourteen days of service. *See* Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 20) is ADOPTED; and

Defendant's motion to dismiss (ECF No. 14) is DENIED.

IT IS SO ORDERED.

Dated: July 21, 2026          s/Judith E. Levy
     Ann Arbor, Michigan     JUDITH E. LEVY
                             United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 21, 2026.

                             s/William Barkholz
                             WILLIAM BARKHOLZ
                             Case Manager

2